**Form 005**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rodney M. Hickman**
**Lynn M. Hickman**
    Debtor(s)

Bankruptcy Case No.: 16–24443–JAD
Chapter: 13
Related to Document No.:
Concil. Conf.: November 2, 2017 at 01:30 PM

## ORDER

On August 3, 2017, a Conciliation Conference was conducted on the January 11, 2017 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **7th day of August, 2017**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1)  ***On or before September 28, 2017,*** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2)  ***On or before October 19, 2017,*** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3)  ***On November 2, 2017 at 01:30 PM***, a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: August 7, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
    Albert G. Reese, Jr.