**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RODNEY M. HICKMAN
    LYNN M. HICKMAN

        Debtor(s)

  Ronda J. Winnecour

        Movant
    vs.

CITIMORTGAGE INC**
      Respondent(s)

Case No. 16-24443JAD

Chapter 13

Document No.___

INTERIM NOTICE OF CURE OF ARREARS

      Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

      The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 67
Court Claim Number - 6

   8/14/2020

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  RODNEY M. HICKMAN
  LYNN M. HICKMAN

|  |  |  |
|---|---|---|

Case No.:16-24443JAD

Chapter 13

Document No.____

                    Debtor(s)

  Ronda J. Winnecour

                    Movant
          vs.

  CITIMORTGAGE INC**

                    Respondent(s)

### CERTIFICATE OF SERVICE

        I hereby certify that on the date shown below, I served a true and correct copy of
Interim Notice of Cure of Arrears upon the following, by regular United States mail,
postage prepaid, addressed as follows:

RODNEY M. HICKMAN, LYNN M. HICKMAN, 989 EVERGREEN DRIVE, PITTSBURGH, PA
15235
 ALBERT G REESE JR ESQ, THE LAW OFFICE OF ALBERT G REESE JR, 640 RODI RD
2ND FL STE 2, PITTSBURGH, PA  15235
CITIMORTGAGE INC**, C/O CENLAR FSB(*), ATTN BANKRUPTCY*, PO BOX 77409*,
EWING, NJ  08618
CENLAR FSB**, ATTN BANKRUPTCY, 425 PHILLIPS BLVD, EWING, NJ  08628

 MARIO J HANYON ESQ, PHELAN HALLINAN DIAMOND & JONES LLP, OMNI WILLIAM
PENN OFFICE TOWER, 555 GRANT ST STE 300, PITTSBURGH, PA  15219

08/14/2020

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com