**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

IN RE:  

Rodney M. Hickman  
Lynn M. Hickman  

Debtor(s).

Case No. 16-24443-JAD  
Chapter 13

## **NOTICE OF APPEARANCE**

**CitiMortgage, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire  
Stern & Eisenberg, PC  
1581 Main Street, Suite 200  
The Shops at Valley Square  
Warrington, PA 18976**

By:  /s/ Daniel P. Jones, Esquire  
Daniel P. Jones, Esquire,  
Bar No: 321876  
Stern & Eisenberg, PC  
1581 Main Street, Suite 200  
The Shops at Valley Square  
Warrington, PA 18976  
Phone: (215) 572-8111  
Fax: (215) 572-5025  
djones@sterneisenberg.com  
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 5th day of November, 2020, to the following:

Albert G. Reese, Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road
2nd Floor, Suite 2
Pittsburgh, PA 15235
areese8897@aol.com
***Attorney for Debtor(s)***


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter 13 Trustee***


U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Rodney M. Hickman
989 Evergreen Drive
Pittsburgh, PA 15235

Lynn M. Hickman
989 Evergreen Drive
Pittsburgh, PA 15235
***Debtor(s)***


              By:  */s/Daniel P. Jones, Esquire*