2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-24443-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Rodney M. Hickman<br>989 Evergreen Drive<br>Pittsburgh PA 15235 | Lynn M. Hickman<br>989 Evergreen Drive<br>Pittsburgh PA 15235 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/19/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134 | Citibank, N.A., as trustee for CMLTI Asset Trust<br>Fay Servicing, LLC<br>Bankruptcy Department<br>PO Box 814609<br>Dallas, TX 75381-4609 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/24/21                                                                 Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 16-24443-JAD
Rodney M. Hickman                                                              Chapter 13
Lynn M. Hickman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala        Page 1 of 2
Date Rcvd: Feb 22, 2021        Form ID: trc        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

**Recip ID**        **Recipient Name and Address**
14771657        +  LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

**Name**                **Email Address**

Albert G. Reese, Jr.
    on behalf of Plaintiff Lynn M. Hickman areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.
    on behalf of Joint Debtor Lynn M. Hickman areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.
    on behalf of Debtor Rodney M. Hickman areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.
    on behalf of Plaintiff Rodney M. Hickman areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

| Name | Details |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor LSF10 Master Participation Trust ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor LSF10 Master Participation Trust ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Creditor Ally Bank brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Citimortgage INC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Defendant Seterus Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor Citimortgage INC pawb@fedphe.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Jodi L. Hause | on behalf of Creditor JPMorgan Chase Bank N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Joseph A. Dessoye | on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Citimortgage INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert C. Folland | on behalf of Creditor CALIBER HOME LOANS INC. rob.folland@btlaw.com, jsundheimer@btlaw.com |
| Robert C. Folland | on behalf of Creditor LSF10 Master Participation Trust rob.folland@btlaw.com jsundheimer@btlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC BANK N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Cenlar FSB pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Citimortgage INC pawb@fedphe.com |

TOTAL: 29