2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-24443-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Rodney M. Hickman<br>989 Evergreen Drive<br>Pittsburgh PA 15235 | Lynn M. Hickman<br>989 Evergreen Drive<br>Pittsburgh PA 15235 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/10/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 | U.S. Bank Trust National Association, et al<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/13/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24443-JAD |
| Rodney M. Hickman | Chapter 13 |
| Lynn M. Hickman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: May 11, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15341193 | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2021           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Plaintiff Lynn M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Joint Debtor Lynn M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Debtor Rodney M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Rodney M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Alexandra Teresa Garcia | on behalf of Creditor LSF10 Master Participation Trust ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2021-RP1 bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 2 of 2 |
| Date Rcvd: May 11, 2021 | Form ID: trc | Total Noticed: 1 |

Brett A. Solomon
    on behalf of Creditor Ally Bank brett.solomon@solomon-legal.com

Brian Nicholas
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com

Daniel Philip Jones
    on behalf of Creditor Citimortgage INC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Heather Stacey Riloff
    on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com

Heather Stacey Riloff
    on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com, Michelle@mvrlaw.com

Heather Stacey Riloff
    on behalf of Defendant Seterus Inc. heather@mvrlaw.com, Michelle@mvrlaw.com

Jeniece D. Davis
    on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Jerome B. Blank
    on behalf of Creditor Citimortgage INC pawb@fedphe.com

Jillian Nolan Snider
    on behalf of Creditor Ally Bank jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Jodi L. Hause
    on behalf of Creditor JPMorgan Chase Bank N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Joseph A. Dessoye
    on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com

Lauren Moyer
    on behalf of Creditor LSF10 Master Participation Trust ecfmail@ecf.courtdrive.com

Lorraine Gazzara Doyle
    on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon
    on behalf of Creditor Citimortgage INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert C. Folland
    on behalf of Creditor CALIBER HOME LOANS INC. rob.folland@btlaw.com, jsundheimer@btlaw.com

Robert C. Folland
    on behalf of Creditor LSF10 Master Participation Trust rob.folland@btlaw.com jsundheimer@btlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com

Thomas Song
    on behalf of Creditor PNC BANK N.A. pawb@fedphe.com

Thomas Song
    on behalf of Creditor Cenlar FSB pawb@fedphe.com

Thomas Song
    on behalf of Creditor Citimortgage INC pawb@fedphe.com

TOTAL: 30