**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.  16-24443-JAD |
| | ) | |
| Rodney M. Hickman | ) | Chapter 13 |
| Lynn M. Hickman | ) | |
|     Debtors | ) | Related to Claim No. 6 |
| | ) | |
| Rodney M. Hickman | ) | |
| Lynn M. Hickman | ) | |
|     Movants | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| CitiMortgage, Inc. c/o Cenlar FSB and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

**<u>DECLARATION</u>**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtors, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to CitiMortgage, Inc. c/o Cenlar FSB Notice of Mortgage Payment Change dated November 5, 2021, the Debtor's current escrow payment for account number ending in **6409** is **$467.55**. The new escrow payment is **$485.05**. The new total mortgage payment is **$1,054.61** effective January 1, 2021. The Debtors will make the escrow shortage of **$17.50** in addition to their regular monthly Chapter 13 plan payment.

Dated: **<u>November 5, 2021</u>**

Respectfully submitted by:
**<u>/s/ Rodney M. Hickman</u>**
Rodney M. Hickman

Dated: **<u>November 5, 2021</u>**

Respectfully submitted by:
**<u>/s/ Lynn M. Hickman</u>**
Lynn M. Hickman

Dated: **<u>November 5, 2021</u>**

Respectfully submitted by:
**<u>/s/ Albert G. Reese, Jr., Esquire</u>**
Albert G. Reese, Jr., Esquire
Attorney for Debtors
PA ID #93813
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687(fax)
areese8897@aol.com