## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-24443-JAD |
| | ) | |
| Rodney M. Hickman | ) | Chapter 13 |
| Lynn M. Hickman | ) | |
|     Debtor(s) | ) | Doc. No.: |
| | ) | |
| Rodney M. Hickman | ) | Related to Doc. No.: 68 & 69 |
| Lynn M. Hickman | ) | |
|     Movant(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## **DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in the Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On **April 16, 2017,** at docket number **68 & 69,** Debtors complied with federal Rule of Bankruptcy Procedure 1007(c) by filing *a Certificate of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by the Undersigned Counsel, who duly questioned Debtors about the statements in the Certification and verified the answers in support of this Certification.

Dated: **January 29, 2022**

Respectfully submitted by,
**/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esq.
PA ID #93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
412-241-1697 (Telephone)
412-241-1687 (Fax)
areese8897@aol.com
Attorney for Debtors