**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  RODNEY M. HICKMAN<br>LYNN M. HICKMAN<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>     Movant<br>       vs.<br>  RODNEY M. HICKMAN<br>LYNN M. HICKMAN<br><br>       Respondents | Case No. 16-24443JAD<br><br>Chapter 13<br><br>Related to<br>Document No. 199 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __28th__ day of __January__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Pnc Bank*
> Attn: Payroll Manager*
> 620 Liberty Ave 2 Pnc Plz*
> Pittsburgh, PA 15222-

is hereby ordered to immediately terminate the attachment of the wages of LYNN M. HICKMAN, social security number XXX-XX-1936. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LYNN M. HICKMAN.

BY THE COURT:

_sjk_
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
1/28/22 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rodney M. Hickman  
Lynn M. Hickman  
    Debtors

Case No. 16-24443-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney M. Hickman, Lynn M. Hickman, 989 Evergreen Drive, Pittsburgh, PA 15235-4655 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:

**Name**      **Email Address**

Albert G. Reese, Jr.  
    on behalf of Plaintiff Lynn M. Hickman areese8897@aol.com  
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.  
    on behalf of Joint Debtor Lynn M. Hickman areese8897@aol.com  
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.  
    on behalf of Debtor Rodney M. Hickman areese8897@aol.com  
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.  
    on behalf of Plaintiff Rodney M. Hickman areese8897@aol.com  
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Case 16-24443-JAD    Doc 204    Filed 01/30/22    Entered 01/31/22 00:24:58    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 3 |
| Date Rcvd: Jan 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor LSF10 Master Participation Trust ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2021-RP1 bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brett A. Solomon | on behalf of Creditor Ally Bank brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Citimortgage  INC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Defendant Seterus  Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor Citimortgage  INC pawb@fedphe.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com  agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Jodi L. Hause | on behalf of Creditor JPMorgan Chase Bank  N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Joseph A. Dessoye | on behalf of Creditor JPMorgan Chase Bank  N.A. pawb@fedphe.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Citimortgage  INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LSF10 Master Participation Trust ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert C. Folland | on behalf of Creditor CALIBER HOME LOANS  INC. rob.folland@btlaw.com, jsundheimer@btlaw.com |
| Robert C. Folland | on behalf of Creditor LSF10 Master Participation Trust rob.folland@btlaw.com  jsundheimer@btlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor JPMorgan Chase Bank  N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC BANK N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Cenlar FSB pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Citimortgage  INC pawb@fedphe.com |

District/off: 0315-2      User: auto      Page 3 of 3
Date Rcvd: Jan 28, 2022      Form ID: pdf900      Total Noticed: 1
TOTAL: 30