**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-24443-JAD |
| | ) | |
| Rodney M. Hickman | ) | Chapter 13 |
| Lynn M. Hickman | ) | |
|     Debtors | ) | Related to Claim No. |
| | ) | |
| Rodney M. Hickman | ) | |
| Lynn M. Hickman | ) | |
|     Movants | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

## CERTIFICATE OF SERVICE

I, Albert G. Reese, Jr., declare that I am a resident or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, 2nd Floor, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and not a party to this case.

On or before **February 18, 2021**, I served a copy of the **Fee Application, Hearing Notice, Exhibits and Court Order** upon the parties listed below. The types of services made on the parties were: **Electronic Notification and/or U.S. First Class Mail**

**16-24443-JAD Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com,
ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com

Jennifer L. Cerce on behalf of Creditor Penn Hills School District
jlc@mbm-law.net

Jeniece D. Davis on behalf of Creditor Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
jeniece@mvrlaw.com, bonnie@mvrlaw.com

Joseph A. Dessoye on behalf of Creditor JPMorgan Chase Bank, N.A.
pawb@fedphe.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Rodney M. Hickman
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr. on behalf of Joint Debtor Lynn M. Hickman
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Heather Stacey Riloff on behalf of Creditor Seterus, Inc., as the authorized subservicer for Federal

National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
heather@mvrlaw.com, Michelle@mvrlaw.com

Brett A. Solomon on behalf of Creditor Ally Bank
bsolomon@tuckerlaw.com,
dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**16-24443-JAD Notice will not be electronically mailed to:**

Ronda Winnecour, Trustee
US Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Office of The United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101

Ally Financial
Po Box 380901
Bloomington, MN 55438

American Honda Finance
Po Box 168088
Irving, TX 75016

American Suzuki Fin
200 Renaissance Ctr
Detroit, MI 48243

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410

Barclays Bank Delaware
Po Box 8801
Wilmington, DE 19899

Capital One
Po Box 30285
Salt Lake City, UT 84130

Capital One / Guitar
Attn: Bankruptcy Dept
Po Box 30258
Salt Lake City, UT 84130

Capital One Na
Attn: Bankruptcy Dept
Po Box 30258
Salt Lake City, UT 84130

Chase
Attn: Correspondence Dept
Po Box 15298
Wilmingotn, DE 19850

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

Chase Mortgage
3415 Vision Dr
Columbus, OH 43219

Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Citibank Sears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179

Citibank/Sears
Citicorp Credit Services/Attn: Centraliz
Po Bopx 790040
Saint Louis, MO 63179

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63129

Citimortgage Inc
Attn: Bankruptcy
Po Box 6423
Sioux Falls, SD 57117

Citizens Bank
Attn: Bankruptcy
443 Jefferson Blvd Ms Rjw-135
Warwick, RI 02886

Comenity Bank / Lane Bryant
Po Box 182125
Columbus, OH 43218

Discover Financial
Po Box 3025

New Albany, OH 43054

Dollar Bank
3 Gateway Center
Pittsburgh, PA 15222

First Bank Puerto Rico
9795 S Dixie Hwy
Pinecrest, FL 33156

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201

Navient
Attn: Claims Dept
Po Box 9500
Wilkes- Barr, PA 18773

Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222

Seterus Inc
14523 Sw Millikan Way St
Beavertton, OR 97005

Syncb/syms
Synchrony Bank
Po Box 965064
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Amazon
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Lowes
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Sams
Po Box 965060
Orlando, FL 32896

Target
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Tnb-Visa (TV) / Target
C/O Financial & Retail Services
Mailstop BV   PO Box 9475

Minneapolis, MN 55440

Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408

Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

                                                Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esquire
Law Office of Albert G. Reese, Jr.
640 Rodi Road, FL.2, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687 (fax)
areese8897@aol.com