# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-24443-JAD |
| | ) | |
| Rodney M. Hickman | ) | Chapter 13 |
| Lynn M. Hickman | ) | |
|     Debtors | ) | Doc. No.: |
| | ) | |
| Rodney M. Hickman | ) | Hearing Date & Time.: March 16, 2022 |
| Lynn M. Hickman | ) | @ 10:00 A.M. |
|     Plaintiffs | ) | |
|     v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## INTERIM FEES AND EXPENSE APPLICATION OF ALBERT G. REESE, JR.

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Interim Fees and Expense Application of Albert G. Reese, Jr., filed on February 18, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Final Fees and Expense Application appears thereon. Pursuant to the Notice of Hearing, a Response to the Final Fees and Expense Application was to be filed and served no later than March 7, 2022.

It is hereby respectfully requested that the Order attached to the Final Fees and Expense Application be entered by the Court.

Dated: **March 8, 2022**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esq.
PA ID #93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
412-241-1697 (telephone)
412-241-1687 (fax)
areese8897@aol.com