Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rodney M. Hickman
Lynn M. Hickman**
Debtor(s)

Bankruptcy Case No.: 16−24443−JAD

Chapter: 13
Docket No.: 211 − 210

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

 **AND NOW,** this The 27th of April, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

 **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/13/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/22/22 at 11:00 AM in https://www.zoomgov.com/j/16021303488** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/13/22.**

                                                                                              Jeffery A. Deller
                                                                                              United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 16-24443-JAD
Rodney M. Hickman                                                          Chapter 13
Lynn M. Hickman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: auto       Page 1 of 5
Date Rcvd: Apr 27, 2022      Form ID: 408      Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney M. Hickman, Lynn M. Hickman, 989 Evergreen Drive, Pittsburgh, PA 15235-4655 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14329747 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 15100990 | + | C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14372643 | + | CitiMortgage, Inc., C/O CENLAR, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 15341193 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14329763 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 14329764 | + | First Bank Puerto Rico, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 14333913 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14329768 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 Sw Millikan Way St, Beavertton, OR 97005 |
| 14360007 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 15204710 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15374017 | + | U.S. Bank Trust National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14993644 | + | Wilmington Trust, National Association, c/o Planet Home Lending, 321 Research Parkway, Meriden, CT 06450-8301 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2022 00:12:27 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2022 00:12:28 | American Suzuki Financial Services, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 28 2022 00:07:00 | LSF10Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14329745 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 28 2022 00:07:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14340112 | | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2022 00:06:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14329744 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2022 00:06:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14329746 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2022 00:06:00 | American Suzuki Fin, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14329747 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 28 2022 00:06:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, |

Case 16-24443-JAD    Doc 212    Filed 04/29/22    Entered 04/30/22 00:28:03    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 408 | Total Noticed: 61 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Greensboro, NC 27420-6012 |
| 14329748 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 28 2022 00:06:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 15100990 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 28 2022 00:06:00 | C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14329760 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 28 2022 00:06:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Blvd Ms Rjw-135, Warwick, RI 02886 |
| 14329749 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:40 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14329750 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:27 | Capital One / Guitar, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14329751 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:27 | Capital One Na, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14387124 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 00:12:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14372643 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 28 2022 00:06:00 | CitiMortgage, Inc., C/O CENLAR, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 14329755 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:20 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329756 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:33 | Citibank Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:34 | Citibank/Sears, Citicorp Credit Services/Attn: Centraliz, Po Bopx 790040, Saint Louis, MO 63179-0040 |
| 14329758 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:21 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14329759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:45 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 14329761 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14411898 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14334988 | | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14329762 | + | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14421908 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 28 2022 00:07:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14329752 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:38 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14329753 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:38 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14329754 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:39 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 14412066 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:38 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Corresponden, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14329765 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 28 2022 00:06:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI |

Case 16-24443-JAD  Doc 212  Filed 04/29/22  Entered 04/30/22 00:28:03  Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 408 | Total Noticed: 61 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 53201-3120 |
| 14771657 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 28 2022 00:07:00 | LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14773295 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 28 2022 00:07:00 | LSF10Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14398755 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14329766 | + | Email/PDF: pa_dc_claims@navient.com | Apr 28 2022 00:12:16 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14404062 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14329767 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14421023 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14329769 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:31 | Syncb/syms, Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 14411442 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14329770 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:40 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14329771 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:33 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14329772 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:27 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14329773 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:44 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 14391719 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:07:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14329776 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 28 2022 00:06:00 | Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 14329774 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:06:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14329775 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:06:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 15204710 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15374017 | + | Email/Text: BkGeneralInbox@rushmorelm.com | Apr 28 2022 00:06:00 | U.S. Bank Trust National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14329777 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:21 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 5 |
| Date Rcvd: Apr 27, 2022 | Form ID: 408 | Total Noticed: 61 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB |
| cr | | Citimortgage, INC |
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | LSF10 Master Participation Trust |
| cr | | Seterus, Inc., as the authorized subservicer for F |
| cr | | U.S. Bank Trust National Association as Trustee fo |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Wilmington Trust, National Association, not in its |
| 14360005 | | Seterus, Inc., as the authorized subservicer for F |
| cr | *+ | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| cr | *+ | LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15112347 | *+ | C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14398757 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 10 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Rodney M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Rodney M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Lynn M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Joint Debtor Lynn M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Alexandra Teresa Garcia | on behalf of Creditor LSF10 Master Participation Trust ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2021-RP1 bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brett A. Solomon | on behalf of Creditor Ally Bank brett@solomon-legal.com |
| Brian Nicholas | |

Case 16-24443-JAD   Doc 212   Filed 04/29/22   Entered 04/30/22 00:28:03   Desc
Imaged Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 408 | Total Noticed: 61 |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Citimortgage INC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Defendant Seterus Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor Citimortgage INC pawb@fedphe.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Jodi L. Hause | on behalf of Creditor JPMorgan Chase Bank N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Joseph A. Dessoye | on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Citimortgage INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LSF10 Master Participation Trust ecfmail@ecf.courtdrive.com mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert C. Folland | on behalf of Creditor CALIBER HOME LOANS INC. rob.folland@btlaw.com, jsundheimer@btlaw.com |
| Robert C. Folland | on behalf of Creditor LSF10 Master Participation Trust rob.folland@btlaw.com jsundheimer@btlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC BANK N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Cenlar FSB pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Citimortgage INC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com |

TOTAL: 30