IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RODNEY M. HICKMAN
LYNN M. HICKMAN
     Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
     Movant
    vs.
No Respondents.

Case No.:16-24443 JAD

Chapter 13

Document No.:

## CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
## AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/30/2016 and confirmed on 2/16/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 253,496.59 |
| Less Refunds to Debtor | 6,692.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 246,803.71 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 15,873.75 | |
|    Trustee Fee | 11,699.96 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 27,573.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIMORTGAGE INC** | 0.00 | 62,780.39 | 0.00 | 62,780.39 |
|     Acct: 4958 | | | | |
|   SETERUS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9901 | | | | |
|   CITIMORTGAGE INC** | 846.87 | 846.87 | 0.00 | 846.87 |
|     Acct: 4958 | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2147 | | | | |
|   METROPOLITAN LIFE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4008 | | | | |
|   ALLY BANK(*) | 14,291.38 | 14,291.38 | 1,984.17 | 16,275.55 |
|     Acct: 2169 | | | | |
|   ALLY BANK(*) | 5,476.08 | 5,476.08 | 761.77 | 6,237.85 |
|     Acct: 1633 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5826 | | | | |
|   PNC BANK NA | 11,807.39 | 11,807.39 | 2,158.93 | 13,966.32 |
|     Acct: 6543 | | | | |
|   WILMINGTON TRUST NA - TRUSTEE MFR | 20,231.61 | 20,231.61 | 3,362.01 | 23,593.62 |
|     Acct: 7193 | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 43,500.00 | 43,500.00 | 8,419.91 | 51,919.91 |
|     Acct: 1009 | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 13,296.71 | 13,296.71 | 2,183.78 | 15,480.49 |
|     Acct: 2147 | | | | |
| | | | | 191,101.00 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RODNEY M. HICKMAN | 3,193.76 | 3,193.76 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RODNEY M. HICKMAN | 3,499.12 | 3,499.12 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF ALBERT G REESE JR | 11,873.75 | 11,873.75 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX2-22 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ALBERT G REESE JR ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX0-18 | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7061 | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7061 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2147 | | | | |
| WILMINGTON TRUST NA - TRUSTEE MFR | 0.00 | 12,080.08 | 0.00 | 12,080.08 |
| Acct: 7193 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1009 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 9,540.00 | 0.00 | 9,540.00 |
| Acct: 2147 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1009 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 2,387.30 | 2,387.30 | 0.00 | 2,387.30 |
| Acct: 1009 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 3,059.62 | 3,059.62 | 0.00 | 3,059.62 |
| Acct: 1009 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXX3JAD | | | | |
| | | | | 27,377.00 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 253.08 | 4.81 | 0.00 | 4.81 |
| Acct: 1936 | | | | |
| AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8308 | | | | |
| BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1340 | | | | |
| BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4371 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2927 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 913.69 | 17.36 | 0.00 | 17.36 |
| Acct: 2314 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7154 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 696.72 | 13.24 | 0.00 | 13.24 |
| Acct: 4199 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1724 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1864 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5945 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2887 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9230 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9219 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0830 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7906 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 819.91 | 15.58 | 0.00 | 15.58 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8774 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,996.92 | 56.94 | 0.00 | 56.94 |
| | Acct: 9610 | | | | |
| | CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7644 | | | | |
| | CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5007 | | | | |
| | CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3707 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,399.52 | 64.59 | 0.00 | 64.59 |
| | Acct: 7901 | | | | |
| | CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6685 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8807 | | | | |
| | DISCOVER BANK(*) | 6,122.92 | 116.34 | 0.00 | 116.34 |
| | Acct: 0876 | | | | |
| | DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2974 | | | | |
| | FIRST BANK PUERTO RICO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9665 | | | | |
| | FIRST BANK PUERTO RICO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3900 | | | | |
| | CAPITAL ONE NA** | 883.73 | 16.79 | 0.00 | 16.79 |
| | Acct: 2819 | | | | |
| | NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6474 | | | | |
| | NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4875 | | | | |
| | NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1891 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1936 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1936 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6543 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5076 | | | | |
| | MIDLAND FUNDING LLC | 1,970.76 | 37.44 | 0.00 | 37.44 |
| | Acct: 5041 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1124 | | | | |
| | SYNCHRONY BANK | 102.97 | 1.96 | 0.00 | 1.96 |
| | Acct: 2288 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2642 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9081 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4154 | | | | |
| | MIDLAND FUNDING LLC | 1,872.87 | 35.58 | 0.00 | 35.58 |
| | Acct: 7102 | | | | |
| | TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9663 | | | | |
| | TD BANK USA NA** | 11,341.80 | 215.49 | 0.00 | 215.49 |
| | Acct: 6994 | | | | |
| | TOYOTA MOTOR CREDIT** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 295.56 | 5.62 | 0.00 | 5.62 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 6856 | | | | |
| | US BANK TRUST NA - TRUSTEE ET AL | 7,908.59 | 150.26 | 0.00 | 150.26 |
| | Acct: 1009 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARTHA E VON ROSENSTIEL ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9901 | | | | |
| | JERRY JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAKIA WALKER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PAMELA HICKMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARTHA E VON ROSENSTIEL ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY LLC (FRI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 752.00 |

TOTAL PAID TO CREDITORS                                                                                  219,230.00

TOTAL CLAIMED
PRIORITY          5,756.92
SECURED         109,450.04
UNSECURED        39,579.04

Date: 04/26/2022                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    RODNEY M. HICKMAN
    LYNN M. HICKMAN
         Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:16-24443 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-24443-JAD
Rodney M. Hickman Chapter 13
Lynn M. Hickman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5
Date Rcvd: Apr 27, 2022      Form ID: pdf900      Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney M. Hickman, Lynn M. Hickman, 989 Evergreen Drive, Pittsburgh, PA 15235-4655 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14329747 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 15100990 | + | C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14372643 | + | CitiMortgage, Inc., C/O CENLAR, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 15341193 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14329763 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 14329764 | + | First Bank Puerto Rico, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 14333913 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14329768 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 Sw Millikan Way St, Beavertton, OR 97005 |
| 14360007 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 15204710 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15374017 | + | U.S. Bank Trust National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14993644 | + | Wilmington Trust, National Association, c/o Planet Home Lending, 321 Research Parkway, Meriden, CT 06450-8301 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2022 00:12:28 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2022 00:12:28 | American Suzuki Financial Services, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 28 2022 00:07:00 | LSF10Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14329745 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 28 2022 00:07:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14340112 | | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2022 00:06:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14329744 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2022 00:06:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14329746 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2022 00:06:00 | American Suzuki Fin, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14329747 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 28 2022 00:06:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Greensboro, NC 27420-6012 |
| 14329748 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 28 2022 00:06:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 15100990 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 28 2022 00:06:00 | C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14329760 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 28 2022 00:06:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Blvd Ms Rjw-135, Warwick, RI 02886 |
| 14329749 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:15 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14329750 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:27 | Capital One / Guitar, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14329751 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:27 | Capital One Na, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14387124 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 00:12:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14372643 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 28 2022 00:06:00 | CitiMortgage, Inc., C/O CENLAR, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 14329755 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:33 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329756 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:33 | Citibank Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:45 | Citibank/Sears, Citicorp Credit Services/Attn: Centraliz, Po Bopx 790040, Saint Louis, MO 63179-0040 |
| 14329758 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:45 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14329759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:21 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 14329761 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14411898 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14334988 | | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14329762 | + | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14421908 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 28 2022 00:07:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14329752 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:25 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14329753 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:39 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14329754 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:26 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 14412066 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:25 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Corresponden, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14329765 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 28 2022 00:06:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 53201-3120 |
| 14771657 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 28 2022 00:07:00 | LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14773295 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 28 2022 00:07:00 | LSF10Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14398755 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14329766 | + | Email/PDF: pa_dc_claims@navient.com | Apr 28 2022 00:12:20 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14404062 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14329767 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14421023 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14329769 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:41 | Syncb/syms, Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 14411442 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14329770 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:17 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14329771 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:27 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14329772 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:27 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14329773 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:42 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 14391719 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:07:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14329776 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 28 2022 00:06:00 | Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 14329774 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:06:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14329775 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:06:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 15204710 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15374017 | + | Email/Text: BkGeneralInbox@rushmorelm.com | Apr 28 2022 00:06:00 | U.S. Bank Trust National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14329777 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:45 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 61

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB |
| cr | | Citimortgage, INC |
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | LSF10 Master Participation Trust |
| cr | | Seterus, Inc., as the authorized subservicer for F |
| cr | | U.S. Bank Trust National Association as Trustee fo |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Wilmington Trust, National Association, not in its |
| 14360005 | | Seterus, Inc., as the authorized subservicer for F |
| cr | *+ | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| cr | *+ | LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15112347 | *+ | C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14398757 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 10 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022    Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Rodney M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Rodney M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Lynn M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Joint Debtor Lynn M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Alexandra Teresa Garcia | on behalf of Creditor LSF10 Master Participation Trust ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2021-RP1 bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brett A. Solomon | on behalf of Creditor Ally Bank brett@solomon-legal.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 61 |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Citimortgage INC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Defendant Seterus Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor Citimortgage INC pawb@fedphe.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Jodi L. Hause | on behalf of Creditor JPMorgan Chase Bank N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Joseph A. Dessoye | on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Citimortgage INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LSF10 Master Participation Trust ecfmail@ecf.courtdrive.com mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert C. Folland | on behalf of Creditor CALIBER HOME LOANS INC. rob.folland@btlaw.com, jsundheimer@btlaw.com |
| Robert C. Folland | on behalf of Creditor LSF10 Master Participation Trust rob.folland@btlaw.com jsundheimer@btlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC BANK N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Cenlar FSB pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Citimortgage INC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com |

TOTAL: 30