**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **RODNEY M. HICKMAN** |
| Debtor 2 (Spouse, if filing) | **LYNN M. HICKMAN** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **16-24443JAD** |

# Form 4100N
# Notice of Final Cure Payment  10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | **CITIMORTGAGE INC**** |
| Court claim no. (if known): | 6 |
| Last 4 digits of any number you use to identify the debtor's account | 4 9 5 8 |
| Property Address: | 989 EVERGREEN DR  PITTSBURGH PA 15235 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**  Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 846.87 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 846.87 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 846.87 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
   Current monthly mortgage payment  $ $1,054.61
   The next postpetition payment is due on  2 / 1 / 2022
                                             MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **RODNEY M. HICKMAN** | Case number *(if known)* | **16-24443JAD** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  05/02/2022

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | RODNEY M. HICKMAN | Case number *(if known)* | 16-24443JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 04/27/2020 | 1156112 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 152.08 |
| 05/26/2020 | 1159511 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 145.53 |
| 06/26/2020 | 1162883 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 280.95 |
| 07/29/2020 | 1166091 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 268.31 |
| | | | | 846.87 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/25/2017 | 1040190 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 3,641.97 |
| 06/27/2017 | 1043549 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,130.75 |
| 07/25/2017 | 1046874 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,053.26 |
| 08/25/2017 | 1050206 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,148.36 |
| 09/26/2017 | 1053525 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 728.57 |
| 10/25/2017 | 1056902 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,103.44 |
| 11/21/2017 | 1060228 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,007.16 |
| 09/24/2019 | 1132082 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 21,008.81 |
| 10/24/2019 | 1135330 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 3,298.76 |
| 11/25/2019 | 1138790 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,832.81 |
| 12/23/2019 | 1142231 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 743.47 |
| 01/28/2020 | 1145624 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,321.11 |
| 02/25/2020 | 1149130 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,582.38 |
| 03/23/2020 | 1152684 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,061.52 |
| 04/27/2020 | 1156112 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,192.86 |
| 05/26/2020 | 1159511 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 06/26/2020 | 1162883 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 07/29/2020 | 1166091 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 08/25/2020 | 1169170 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 09/28/2020 | 1172239 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 10/26/2020 | 1175325 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 11/24/2020 | 1178430 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 12/21/2020 | 1181421 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 01/25/2021 | 1184344 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 02/22/2021 | 1187416 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 03/26/2021 | 1190666 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 04/26/2021 | 1193978 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 05/25/2021 | 1197121 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 06/25/2021 | 1199940 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 07/26/2021 | 1203167 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 08/26/2021 | 1206281 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 09/24/2021 | 1209446 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 10/25/2021 | 1212536 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 11/22/2021 | 1215576 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,001.15 |
| 12/23/2021 | 1218632 | CITIMORTGAGE INC** | AMOUNTS DISBURSED TO CREDITOR | 1,903.31 |
| | | | | 62,780.39 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

RODNEY M. HICKMAN
LYNN M. HICKMAN
989 EVERGREEN DRIVE
PITTSBURGH, PA  15235

ALBERT G REESE JR ESQ
THE LAW OFFICE OF ALBERT G REESE JR
640 RODI RD 2ND FL STE 2
PITTSBURGH, PA  15235

CITIMORTGAGE INC**
C/O CENLAR FSB(*)
ATTN BANKRUPTCY*
PO BOX 77409*
EWING, NJ  08618

CENLAR FSB**
ATTN BANKRUPTCY
425 PHILLIPS BLVD
EWING, NJ  08628

PHELAN HALLINAN DIAMOND & JONES LLP++
1 PENN CENTER PLZ STE 1400
1617 JFK BLVD
PHILADELPHIA, PA  19103


5/2/22                                              /s/ Roberta Saunier
                                                    Administrative Assistant
                                                    Office of the Chapter 13 Trustee