| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Rodney M. Hickman<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7061<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lynn M. Hickman<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1936<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   16–24443–JAD | | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rodney M. Hickman                                        Lynn M. Hickman

<u>6/14/22</u>                                                                **By the court:** <u>Jeffery A. Deller</u>
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                               **Chapter 13 Discharge**                               page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rodney M. Hickman  
Lynn M. Hickman  
    Debtors

Case No. 16-24443-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 6  
Date Rcvd: Jun 14, 2022     Form ID: 3180W     Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney M. Hickman, Lynn M. Hickman, 989 Evergreen Drive, Pittsburgh, PA 15235-4655 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 15341193 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14329763 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 14329764 | + | First Bank Puerto Rico, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 14333913 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14329768 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 Sw Millikan Way St, Beavertton, OR 97005 |
| 14360007 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 15 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 15 2022 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 15 2022 04:08:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 15 2022 04:08:00 | American Suzuki Financial Services, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 15 2022 00:12:00 | LSF10Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 00:12:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14329745 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 15 2022 00:12:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |

Case 16-24443-JAD   Doc 218   Filed 06/16/22   Entered 06/17/22 00:27:20   Desc
Imaged Certificate of Notice   Page 4 of 8

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 63 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 14340112 | | EDI: GMACFS.COM | Jun 15 2022 04:08:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14329744 | + | EDI: GMACFS.COM | Jun 15 2022 04:08:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14329746 | + | EDI: GMACFS.COM | Jun 15 2022 04:08:00 | American Suzuki Fin, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14329747 | + | EDI: BANKAMER.COM | Jun 15 2022 04:08:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14329748 | + | EDI: TSYS2 | Jun 15 2022 04:08:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 15100990 | + | Email/Text: BKelectronicnotices@cenlar.com | Jun 15 2022 00:12:00 | C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14329760 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 15 2022 00:11:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Blvd Ms Rjw-135, Warwick, RI 02886 |
| 14329749 | + | EDI: CAPITALONE.COM | Jun 15 2022 04:08:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14329750 | + | EDI: CAPITALONE.COM | Jun 15 2022 04:08:00 | Capital One / Guitar, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14329751 | + | EDI: CAPITALONE.COM | Jun 15 2022 04:08:00 | Capital One Na, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14387124 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:18:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14372643 | + | Email/Text: BKelectronicnotices@cenlar.com | Jun 15 2022 00:12:00 | CitiMortgage, Inc., C/O CENLAR, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 14329755 | + | EDI: CITICORP.COM | Jun 15 2022 04:08:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329756 | + | EDI: CITICORP.COM | Jun 15 2022 04:08:00 | Citibank Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329757 | + | EDI: CITICORP.COM | Jun 15 2022 04:08:00 | Citibank/Sears, Citicorp Credit Services/Attn: Centraliz, Po Bopx 790040, Saint Louis, MO 63179-0040 |
| 14329758 | + | EDI: CITICORP.COM | Jun 15 2022 04:08:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14329759 | | EDI: CITICORP.COM | Jun 15 2022 04:08:00 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 14329761 | + | EDI: WFNNB.COM | Jun 15 2022 04:08:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14411898 | | EDI: Q3G.COM | Jun 15 2022 04:08:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14334988 | | EDI: DISCOVER.COM | Jun 15 2022 04:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14329762 | + | EDI: DISCOVER.COM | Jun 15 2022 04:08:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14421908 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 15 2022 00:12:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14329752 | | EDI: JPMORGANCHASE | Jun 15 2022 04:08:00 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14329753 | | EDI: JPMORGANCHASE | | |

Case 16-24443-JAD   Doc 218   Filed 06/16/22   Entered 06/17/22 00:27:20   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 63 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14329754 | | EDI: JPMORGANCHASE | Jun 15 2022 04:08:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14412066 | | EDI: JPMORGANCHASE | Jun 15 2022 04:08:00 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 14329765 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2022 04:08:00 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Corresponden, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| | | | Jun 15 2022 00:11:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14771657 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 15 2022 00:12:00 | LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14773295 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 15 2022 00:12:00 | LSF10Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14398755 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14329766 | + | EDI: NAVIENTFKASMSERV.COM | Jun 15 2022 04:08:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14404062 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 00:11:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14329767 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 00:11:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14421023 | | EDI: PRA.COM | Jun 15 2022 04:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14329769 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | Syncb/syms, Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 14411442 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14329770 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14329771 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14329772 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14329773 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 14391719 | + | Email/Text: bncmail@w-legal.com | Jun 15 2022 00:12:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14329776 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 15 2022 00:12:00 | Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 14329774 | + | EDI: WTRRNBANK.COM | Jun 15 2022 04:08:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14329775 | + | EDI: WTRRNBANK.COM | Jun 15 2022 04:08:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 15204710 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 00:12:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15374017 | + | Email/Text: bkenotice@rushmorelm.com | Jun 15 2022 00:12:00 | U.S. Bank Trust National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

Case 16-24443-JAD    Doc 218    Filed 06/16/22    Entered 06/17/22 00:27:20    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 63 |

| 14329777 | + EDI: CITICORP.COM | Jun 15 2022 04:08:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
|---|---|---|---|
| 14993644 | ^ MEBN | Jun 15 2022 00:08:43 | Wilmington Trust, National Association, c/o Planet Home Lending, 321 Research Parkway, Meriden, CT 06450-8301 |

TOTAL: 57

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB |
| cr | | Citimortgage, INC |
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | LSF10 Master Participation Trust |
| cr | | Seterus, Inc., as the authorized subservicer for F |
| cr | | U.S. Bank Trust National Association as Trustee fo |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Wilmington Trust, National Association, not in its |
| 14360005 | | Seterus, Inc., as the authorized subservicer for F |
| cr | *+ | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| cr | *+ | LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15112347 | *+ | C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14398757 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 10 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Rodney M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Rodney M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Lynn M. Hickman areese8897@aol.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 6 |
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 63 |

|  |  |
|---|---|
|  | agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Joint Debtor Lynn M. Hickman areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Alexandra Teresa Garcia | on behalf of Creditor LSF10 Master Participation Trust ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2021-RP1 bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brett A. Solomon | on behalf of Creditor Ally Bank brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Citimortgage  INC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Defendant Seterus  Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor Citimortgage  INC pawb@fedphe.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com  agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Jodi L. Hause | on behalf of Creditor JPMorgan Chase Bank  N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Joseph A. Dessoye | on behalf of Creditor JPMorgan Chase Bank  N.A. pawb@fedphe.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Citimortgage  INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LSF10 Master Participation Trust ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert C. Folland | on behalf of Creditor CALIBER HOME LOANS  INC. rob.folland@btlaw.com, jsundheimer@btlaw.com |
| Robert C. Folland | on behalf of Creditor LSF10 Master Participation Trust rob.folland@btlaw.com  jsundheimer@btlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC BANK N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Cenlar FSB pawb@fedphe.com |

District/off: 0315-2 | User: auto | Page 6 of 6
Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 63

Thomas Song
        on behalf of Creditor Citimortgage INC pawb@fedphe.com

Thomas Song
        on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com

TOTAL: 30