**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/14/22 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RODNEY M. HICKMAN
LYNN M. HICKMAN
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:16-24443 JAD

Chapter 13

Related to ECF 210

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this __14th__ day of __June__, __2022__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER   jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24443-JAD |
| Rodney M. Hickman | Chapter 13 |
| Lynn M. Hickman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney M. Hickman, Lynn M. Hickman, 989 Evergreen Drive, Pittsburgh, PA 15235-4655 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 15341193 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14329763 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 14329764 | + | First Bank Puerto Rico, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 14333913 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14329768 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 Sw Millikan Way St, Beavertton, OR 97005 |
| 14360007 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 15 2022 00:18:07 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 15 2022 00:17:58 | American Suzuki Financial Services, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 15 2022 00:12:00 | LSF10Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 00:12:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14329745 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 15 2022 00:12:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14340112 | | Email/Text: ally@ebn.phinsolutions.com | Jun 15 2022 00:11:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14329744 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 15 2022 00:11:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14329746 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 15 2022 00:11:00 | American Suzuki Fin, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14329747 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2022 00:11:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14329748 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 15 2022 00:12:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 15100990 | + | Email/Text: BKelectronicnotices@cenlar.com | Jun 15 2022 00:12:00 | C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

Case 16-24443-JAD   Doc 219   Filed 06/16/22   Entered 06/17/22 00:27:20   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 61 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14329760 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 15 2022 00:11:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Blvd Ms Rjw-135, Warwick, RI 02886 |
| 14329749 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 00:18:17 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14329750 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 00:18:17 | Capital One / Guitar, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14329751 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 00:17:56 | Capital One Na, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14387124 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:17:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14372643 | + | Email/Text: BKelectronicnotices@cenlar.com | Jun 15 2022 00:12:00 | CitiMortgage, Inc., C/O CENLAR, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 14329755 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:21 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329756 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:21 | Citibank Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:21 | Citibank/Sears, Citicorp Credit Services/Attn: Centraliz, Po Bopx 790040, Saint Louis, MO 63179-0040 |
| 14329758 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:10 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14329759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:10 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 14329761 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2022 00:12:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14411898 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2022 00:12:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14334988 | | Email/Text: mrdiscen@discover.com | Jun 15 2022 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14329762 | + | Email/Text: mrdiscen@discover.com | Jun 15 2022 00:11:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14421908 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 15 2022 00:12:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14329752 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 00:18:05 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14329753 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 00:17:56 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14329754 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 00:18:06 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 14412066 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 00:18:05 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Corresponden, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14329765 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2022 00:11:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14771657 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 15 2022 00:12:00 | LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14773295 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 15 2022 00:12:00 | LSF10Master Participation Trust, Caliber Home |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 61 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14398755 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14329766 | + | Email/PDF: pa_dc_claims@navient.com | Jun 15 2022 00:18:18 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14404062 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 00:11:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14329767 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 00:11:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14421023 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 00:18:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14329769 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:05 | Syncb/syms, Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 14411442 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:17:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14329770 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:17:56 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14329771 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:06 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14329772 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:17:56 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14329773 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:17:55 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 14391719 | + | Email/Text: bncmail@w-legal.com | Jun 15 2022 00:12:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14329776 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 15 2022 00:12:00 | Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 14329774 | + | Email/Text: bncmail@w-legal.com | Jun 15 2022 00:12:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14329775 | + | Email/Text: bncmail@w-legal.com | Jun 15 2022 00:12:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 15204710 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 00:12:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15374017 | + | Email/Text: bkenotice@rushmorelm.com | Jun 15 2022 00:12:00 | U.S. Bank Trust National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14329777 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:10 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 14993644 | ^ | MEBN | Jun 15 2022 00:08:43 | Wilmington Trust, National Association, c/o Planet Home Lending, 321 Research Parkway, Meriden, CT 06450-8301 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 61 |

| | | |
|---|---|---|
| cr | | Citimortgage, INC |
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | LSF10 Master Participation Trust |
| cr | | Seterus, Inc., as the authorized subservicer for F |
| cr | | U.S. Bank Trust National Association as Trustee fo |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Wilmington Trust, National Association, not in its |
| 14360005 | | Seterus, Inc., as the authorized subservicer for F |
| cr | *+ | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| cr | *+ | LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15112347 | *+ | C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14398757 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 10 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022                     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Albert G. Reese, Jr.
　　on behalf of Debtor Rodney M. Hickman areese8897@aol.com
　　agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.
　　on behalf of Plaintiff Rodney M. Hickman areese8897@aol.com
　　agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.
　　on behalf of Plaintiff Lynn M. Hickman areese8897@aol.com
　　agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.
　　on behalf of Joint Debtor Lynn M. Hickman areese8897@aol.com
　　agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Alexandra Teresa Garcia
　　on behalf of Creditor LSF10 Master Participation Trust ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

Bradley Joseph Osborne
　　on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2021-RP1 bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Brett A. Solomon
　　on behalf of Creditor Ally Bank brett@solomon-legal.com

Brian Nicholas
　　on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com

Daniel Philip Jones

Case 16-24443-JAD   Doc 219   Filed 06/16/22   Entered 06/17/22 00:27:20   Desc
Imaged Certificate of Notice   Page 6 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 61 |

| | |
|---|---|
| | on behalf of Creditor Citimortgage INC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 heather@mvrlaw.com, Michelle@mvrlaw.com |
| Heather Stacey Riloff | on behalf of Defendant Seterus Inc. heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jeniece D. Davis | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor Citimortgage INC pawb@fedphe.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Jodi L. Hause | on behalf of Creditor JPMorgan Chase Bank N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Joseph A. Dessoye | on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Citimortgage INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LSF10 Master Participation Trust ecfmail@ecf.courtdrive.com mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert C. Folland | on behalf of Creditor CALIBER HOME LOANS INC. rob.folland@btlaw.com, jsundheimer@btlaw.com |
| Robert C. Folland | on behalf of Creditor LSF10 Master Participation Trust rob.folland@btlaw.com jsundheimer@btlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC BANK N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Cenlar FSB pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Citimortgage INC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com |

TOTAL: 30